UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TUNJI SOMMA,

    Plaintiff,

vs.                                        : CIVIL ACTION NO. 306CV01283(AWT)

BANK OF AMERICA CORPORATION,

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for and on behalf of all of the parties in the above-entitled action, that this action, including all asserted and potential claims, is hereby dismissed with prejudice, without costs to any of the parties as against any of the other parties and with no rights to appeal.

Respectfully submitted,

_____
Marc P. Mercier, Esq.
Attorney for Plaintiff
BECK & ELDERGILL, P.C., Trial Lawyers
447 Center Street
Manchester, CT 06040
Telephone: (860) 646-5606

Dated: October 6, 2006

_____
Gina D. Wodarski, Esq.
Attorney for Defendant
EDWARDS ANGELL PALMER &
DODGE LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 951-2223

Dated: October 16, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TUNJI SOMMA, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 306CV01283(AWT) |
| BANK OF AMERICA CORPORATION, | : |
| Defendant. | : |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED that, upon the Stipulation of Dismissal of the parties, all claims of Plaintiff are dismissed with prejudice to the Plaintiff, each party to bear its own costs and fees as to such claims, and that this Court retains jurisdiction of this matter for purposes of interpreting and enforcing any settlement agreement between the parties.

_____
UNITED STATES DISTRICT JUDGE

BOS_554997_1.DOC/GWODARSKI